NUMBER 13-00-699-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

MIRIAM SAYED, M.D.,                                                          Appellant,

 

                                                   v.

 

CESARIO
LONGORIA, JR.,                                                      Appellee.

____________________________________________________________________

 

                        On appeal from the 357th  District Court

                                 of Cameron
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                       Before Justices
Dorsey, Yanez, and Castillo

Opinion
Per Curiam

 








Appellant, MIRIAM
SAYED, M.D., perfected an appeal from a judgment entered by the 357th
District Court of Cameron County, Texas, in cause number 99-04-1874-E.  After the
record and briefs were filed and after the cause was submitted to the Court,
the parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that the
controversy made the basis of this cause has been settled by agreement between
the parties and the trial court=s judgment has been
released.  The parties request that this
Court dismiss the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of September,
2002.